Cite as 2022 Ark. App. 526

# ARKANSAS COURT OF APPEALS

IN RE RETIREMENT OF JUDGE LARRY D. VAUGHT

**Opinion Delivered** December 14, 2022

## PER CURIAM

Upon his retirement from the Arkansas Court of Appeals after twenty-two years of dedicated service, the court expresses its heartfelt appreciation to Judge Larry D. Vaught.

Judge Vaught graduated from Washington University in 1969. Putting dreams of attending law school on hold, he worked for eight years in two Arkansas public schools teaching music at one and directing the band at the other. In 1975, Judge Vaught attended night classes in law school at the University of Arkansas at Little Rock. Upon graduation in 1979, he served as a deputy prosecuting attorney for the Pulaski County Sixth Judicial District from 1979 to 1982, practiced privately from 1982 to 1989, and served as the Pulaski County civil attorney from 1989 to 1993. Judge Vaught was elected to the Pulaski County Municipal Court in 1993 where he served for seven years.

In 2000, Judge Vaught was elected to the Arkansas Court of Appeals, serving district 6, position 2, which is composed of Pulaski, Perry, and Saline Counties. He assumed office in January 2001 and was reelected in 2006 and 2014. He was appointed chief judge of the court from January 2009 to December 2012.

Judge Vaught embodies judicial temperament. While being deliberate and decisive, he consistently demonstrates a deep appreciation of the people whose lives are touched by the cases presented to him. He is a master of oral argument during which he displays the insightful ability to focus the discussion on dispositive issues. Judge Vaught's colleagues admire his persuasiveness, consistency, and calming influence. It has been said that he has the unique quality of being able to disagree without being disagreeable.

This court will miss Judge Vaught for many reasons, but one in particular is his musical talent, which he has shared with us over the years upon the retirement or appointment of his colleagues. On these special occasions, he has sung and strummed his guitar to meaningful lyrics and music he has written, which has, in many instances, brought tears to the eyes of those in attendance.

On behalf of the people of the State of Arkansas, we thank Judge Vaught for his many years of public service and for his valuable contributions to the community. He has been a trusted friend and colleague to all who have served during his tenure, and we wish him the best in his retirement.